UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV- 20753-LENARD/O'SULLIVAN

CLAUDIA V. GATTO,

    Plaintiff,

vs.

TINTAMAR, LLC and
LUIS A. BURASCHI a/k/a
LUIGI BURASCH,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Claudia V. Gatto, pursuant to the Court's Order entered on March 3, 2020 [ECF 4], files of her Statement of Claim based on the information known to her and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from her employment at this time, and so she must estimate the hours that she worked, the pay that she received for those hours, and the corresponding wages due to her.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that she is owed **$38,552.00**.

4. Plaintiff calculated the amount she estimated she is owed based on the spreadsheet filed herewith as **Exhibit "A"**.

5. Plaintiff is claiming that she is owed for overtime worked **between September 23, 2013 to January 19, 2020**.

6. Plaintiff estimates that she is owed **$13,552.00** in **unpaid/underpaid overtime wages plus statutory damages** pursuant to 26 U.S.C. §7434 from 2015 to 2019 ($5,000 per year) **$25,000.00**.

7. Plaintiff also seeks liquidated in an amount equal to her unpaid/underpaid overtime wages plus her attorneys' fees and costs.

8. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

9. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

10. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 4th day of March 2020.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel:    305.230.4884
*Counsel for Plaintiff*
