# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:20-CV- 20753

Plaintiff:
**CLAUDIA V. GATTO**

vs.

Defendant:
**TINTAMAR, LLC and LUIS A. BURASCHI a/k/a LUIGI BURASCH**

For:
Brian Pollock, Esq.
Fair Law Firm
7300 N. Kendall Drive, Suite 450
Miami, FL 33156

Received by Miami PSPI, LLC on the 24th day of March, 2020 at 2:56 pm to be served on **TINTAMAR LLC c/o LUIGI BURASCHI, its Registered Agent, 1601 Coral Way, Miami, FL 33173**.

I, Stephen Navarrete, do hereby affirm that on the **24th day of March, 2020** at **4:25 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Maria Cabarrelo Clerk** as **Employee Authorized To Accept Service** for **TINTAMAR LLC**, at the address of: **1601 Coral Way, Miami, FL 33173**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Additional Information pertaining to this Service:**
At the time of service, Maria Caballero called the manager on the phone and I spoke with Yahaira Sanchez. I advised that I had process to the listed corporate defendant and that I was going to leave the process with Ms. Caballero. I served the process with instructions while Ms. Sanchez was on speaker phone. Both Ms. Caballero and Ms. Sanchez acknowledged the instructions and agreed that the papers be left with Ms. Caballero.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Hispanic, Height: 5'10", Weight: 135, Hair: Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

_____
**Stephen Navarrete**
Certified Process Server #1185

**Miami PSPI, LLC**
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2020000373

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c