UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-20753-LENARD/O'SULLIVAN

CLAUDIA V. GATTO,

    Plaintiff,

vs.

TINTAMAR, LLC and
LUIS A. BURASCHI a/k/a
LUIGI BURASCH,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE**

    Plaintiff, Claudia V. Gatto, pursuant to the Notice of Court Procedure In Actions Brought Under The Fair Labor Standards Act And Referral To Magistrate Judge For Settlement Conference, entered on March 3, 2020 [ECF No. 4], notifies the Court and all parties that she complied with the Court's Notice of Court Procedure by providing defense counsel with a copy of the Court's Notice, *id.*, her Statement of Claim [ECF No. 5], and her supporting documents on the date set forth below.

    Respectfully submitted this 10th day of April 2020,

                                                Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                7300 N. Kendall Drive
                                                Suite 450
                                                Miami, FL 33156
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*